**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Tempus AI, Inc.
                         Plaintiff,

v.                                        Case No.: 1:24–cv–08592
                                               Honorable John J. Tharp Jr.

Sean Beyer, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 16, 2024:

        MINUTE entry before the Honorable John J. Tharp, Jr: Motion hearing held. Plaintiff's motion to withdraw TRO motion [20] is granted; the Clerk is directed to terminate [7] as a pending motion. Plaintiff's motion for expedited discovery [10] is granted in part: Plaintiff may take defendant Beyer's deposition no sooner than 11/6/24; parties to cooperate in setting a mutually agreeable date. Defendant's oral motion for an extension of time to answer or otherwise plead [19] is granted; response to the complaint is due by 11/6/24. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.